UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-cr-20423-RNS

UNITED STATES of AMERICA

v.

NEPMAR JESUS ESCALONA,
                                 Defendant.
_____/

DEFENDANT'S MOTION TO IDENTIFY
& SUPPRESS ALLEGED DEFENDANT STATEMENTS

COMES NOW DEFENDANT, Nepmar Jesus Escalona, by and through undersigned counsel, and respectfully requests suppression of all statements, admissions and confessions allegedly given by the defendant, whether oral, written or otherwise recorded, which the government proposes to use as evidence against the defendant at trial. Fed.R.Crim.P. 12(b)(3).

The parties have discussed this issue but have not agreed on a resolution. Accordingly, this motion is filed in compliance with Local Rule 88.9, and this Court's scheduling order of September 20, 2022, at Docket Entry 15.

*Background*

By indictment dated September 7, 2022 (Dkt. 10), Mr. Escalona is charged with conspiracy to launder monetary instruments through wire fraud, offenses against a foreign nation involving fraud against a foreign bank, and offenses against a foreign nation involving bribery of a foreign official.   18 U.S.C. § 1956(h); 18 U.S.C.

§1956(a)(2)(A); and 18 U.S.C. §1956(a)(2)(B)(i).[1]

In pretrial litigation, government counsel indicated to defense counsel and in a pleading before this Court that Mr. Escalona made statements to government agents and prosecutors allegedly admitting wrongdoing. Dkt. 36, Gov. Notice, p.3 ("The government's evidence will include statements made to agents of the United States Drug Enforcement Administration by the defendant during a series of voluntary meetings in South Florida, including one on March 19, 2018, during which the defendant detailed bribe payments to twelve specific public officials in Venezuela in furtherance of the illegal conspiracy."). Mr. Escalona denies the government allegations and files this motion to determine when such alleged statements were made, to whom, who was present, how were such events memorialized, and moves to suppress all such alleged statements.

.

*Authority & Argument*

All statements, admissions, or confessions obtained in violation of a defendant's privilege against self-incrimination and right to counsel are inadmissible at trial. U.S. Const. amend. V and VI. *Miranda v. Arizona*, 384 U.S. 436 (1966). The privilege against self-incrimination and right to counsel are fundamental constitutional principles. Waiver of these rights will be upheld only after careful inquiry into the factual basis for any alleged waiver. *Johnson v. Zerbst*, 304 U.S. 458,

---

[1] The pending indictment also contains a "Forfeiture Allegation." Indictment, Sept. 7, 2022 [Dkt. 10].

464 (1938), overruled in part on other grounds by *Edwards v. Arizona*, 451 U.S. 477 (1981).

The alleged actions by government agents and prosecutors in this case violated due process rights under the Fifth Amendment. Mr. Escalona asserts that he did not make such statements, and that he certainly did not knowingly, willingly, or voluntarily waive any constitutionally protected rights. *See Miranda v. Arizona*, 384 U.S. 436, 468-469 (1966). The government bears the heavy burden of demonstrating that Mr. Escalona made such statements, and that if he had, that he made the statements knowingly and voluntarily, and with sufficient awareness of the consequences of waiving those vital constitutional rights.

WHEREFORE, Mr. Escalona respectfully requests the identification of any alleged statements, when such alleged statements were made, to whom, who was present when they were made, and how were such statements memorialized. Mr. Escalona moves to suppress all such alleged statements whether oral, written or otherwise recorded, which the government proposes to use as evidence against the defendant at trial. Fed.R.Crim.P. 12(b)(3).

Filed this 17th day of March 2023.

Respectfully submitted,

LAW OFFICES OF NAYIB HASSAN, P.A.

By:   */s/ Nayib Hassan*
_____
Nayib Hassan
6175 NW 153 Street, Suite 209
Miami Lakes, Florida 33014


RETURETA & WASSEM, P.L.L.C.

By: _____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
300 New Jersey Avenue, NW, Suite 900
Washington, D.C.  20001
202.450.6119
MJR@RETURETAWASSEM.COM

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was served by ECF, on this 17th day of March 2023, on all counsel or parties of record on the service list.

LAW OFFICES OF NAYIB HASSAN, P.A.

By: */s/ Nayib Hassan*
_____
Nayib Hassan
6175 NW 153rd Street, Suite 209
Miami Lakes, Florida 33014