# Manuel A. Gómez

, Miami, Florida 33156, United States of America
magomez@fiu.edu

**Education**

- Juris Science Doctor (J.S.D.), 2007, Stanford University School of Law.
- Juris Science Master (J.S.M.), 2002, Stanford University School of Law.
- Specialist in Civil Procedure, 1996, Andrés Bello Catholic University School of Law.
- Bachelor in Law (*abogado*), 1993, Andrés Bello Catholic University School of Law, *cum laude*.

**Professional Experience**

- Florida International University College of Law
    - Full Professor, 2018 to present
    - Associate Dean for Graduate Studies and Global Engagement, 2019 to present
    - Associate Dean for International and Graduate Studies, 2015 to 2019
    - Associate Professor with tenure, 2014 to 2018
    - Coordinator of International Legal Projects, 2010 to 2015
    - Associate Professor, 2010 to 2014
    - Assistant Professor, 2007 to 2010
- Stanford University School of Law
    - Teaching Fellow, Stanford Program in International Legal Studies, 2005-2007
- Universidad Central de Venezuela School of Law
    - Assistant Professor, 1995 to 2018
- M. Gómez & Cía LLP
    - Principal, 1997 to 2015
- Gómez Díaz & Asociados LLP
    - Associate, 1993 to 1997

**Professional and research interests**

I have more than two decades of teaching, public speaking, research, and legal practice experience. My professional and academic interests focus on international arbitration and transnational litigation, the intersection between dispute resolution and new technologies, the fight against corruption, legal and institutional reform, private ordering, the globalization of the legal professions, and legal education.  In general, my academic work pays special attention to the impact of culture, social norms, economic and political forces in the genesis and operation of the law.  My professional work is mostly centered on international arbitration, transnational litigation, and the fight against corruption.  I maintain a professional and academic interest on Latin America,

although some my work is more general and not necessarily tied to any geographical area. I have taught, spoken, and done research, and consulted in different capacities throughout the Americas, Europe, Asia, and Africa. I have several years of successful leadership and administrative experience in legal education, and in professional and academic societies. I am fluent in English and Spanish and working knowledge of Italian and Portuguese.

**Teaching Experience**

- Florida International University College of Law
    - Courses taught from 2007 to present: Blockchain and International Law, Civil Procedure, Transnational Representation and Advocacy, International and Comparative Law, Law in Many Societies, Complex Litigation, International Commercial Arbitration, Alternative Dispute Resolution, Comparative Legal Profession.
- University of Minho School of Law
    - Seminars taught as Fulbright Scholar: International Contracts and Empirical Legal Research Methods
- University of Iowa School of Law
    - Course taught in Spring of 2012 as Visiting Professor: Complex Litigation
- INIDEM Business Law School
    - Course taught since 2012 as Visiting Professor: International Commercial Arbitration
- Stanford University School of Law
    - Course taught from 2005 and 2007 as Teaching Fellow and Lecturer in Law: Research Methods Workshop
- Universidad Surcolombiana School of Law
    - Visiting Professor in 2017 to teach at the Master in Public Law
- Universidad Sergio Arboleda, School of Graduate Studies
    - Course taught from 2009 to 2016 as Visiting Professor: International Commercial Arbitration
- Universidad Metropolitana School of Law
    - Course taught in 2005 as Visiting Professor: Alternative Dispute Resolution
- Universidad Católica del Táchira School of Law
    - Course taught in 1996 and 1997 as Visiting Professor: Civil procedure
- Universidad Católica Andrés Bello School of Law
    - Course taught in 2000 as Visiting Professor: Civil Law II-Property (*Bienes y Derechos Reales*)
- Universidad Central de Venezuela School of Law
    - Course taught as Assistant Professor: Civil Law II-Property (*Bienes y Derechos Reales*).

**Professional Honors, Prizes, and Fellowships**

- U.S. Scholar Program — Fulbright Award in Law, University of Minho, Braga, Portugal, 2022
- Investigador Libre Asociado, Universidad Metropolitana School of Law, Caracas, Venezuela, from 2012 to present
- Faculty Award from the FIU Center for International Business Education and Research CIBER, 2013 (shared with Professor Carlos M. Parra)
- Fellow at the Stanford Center for the Legal Profession, Stanford University School of Law, Stanford California, 2012
- Bhagwan Mahavir Junior Faculty Fellowship, Florida International University, 2011
- Research Excellence Diploman and appointment as Honorary Member, Group Nuevas Visiones del Derecho, Universidad Surcolombiana, Neiva, Colombia, 2011
- Dissertation Award for Outstanding Scholarship in a Dissertation, Law and Society Association, 2008
- Best Article Award, Venezuelan Studies Section of the Latin American Studies Association, 2007
- Richard S. Goldsmith Award for Best Paper in Dispute Resolution at Stanford University, 2007
- Colegio de Abogados del Distrito Federal, Mención Honorífica
- Ayacucho Graduate Fellow, Center for Latin American Studies, 2002, 2003, 2004, 2005
- Fellow, Stanford Center for Conflict and Negotiation, 2004
- Fellow, Stanford Law School Class of 2002 Fellowship in Conflict Resolution, 2003

**Appointments in Professional and Academic Organizations**

- Fundación de la Inteligencia Artificial Legal, 2021 to present, Academic Council Member
- Silicon Valley Arbitration and Mediation Center
    - Latin America and Caribbean Group, 2017 to present, Lead
    - Initiative on International Arbitration, Mediation and Blockchain-Based Transactions, 2020 to present, Member
    - Task Force on Tech Disputes, Tech Companies, and International Arbitration, 2020 to present, Member
- World Arbitration and Mediation Review, 2017 to present, Editor-In-Chief
- European Journal of Risk Regulation, 2017 to present, Editorial Board Member
- Latin American Law Review, 2017 to present, Editorial Board Member
- Revista Derecho y Democracia, 2006 to present, Editorial Board Member
- Law and Society Association:
    - International Meeting in Lisbon, 2021 to 2022, Program Committee Member
    - International Research Collaborative, 2019 to present, Chair

- o   International Activities Committee, 2019 to present, Member, 2018 to 2019, Chair
  - o   International Joint Meeting in Mexico City, 2016 to 2017, Co-Chair
- Research Committee on the Sociology of Law:
  - o   RCSL/IISL Meeting, 2019, Program Committee Member
  - o   RCSL/SDL Meeting, 2018, Scientific Committee Member
- Miami International Arbitration Society:
  - o   Board of Directors, 2014 to present, Member
  - o   ICCA Congress Miami, 2012 to 2014, Planning Committee Member
- Universidad Metropolitana School of Law, 2013 to present, Investigator Libre Asociado
- International Law Section of the Florida Bar:
  - o   Executive Council, 2013 to present, Member
  - o   Law School Liaison Committee, 2018 to present, Chair
  - o   Asia Committee, 2017 to present, Member
  - o   Europe Committee, 2022 to present, Member
- Institute for Transnational Arbitration, 2012-2018, 2023 to present, Academic Council Member
- Colegio de Abogados del Distrito Federal, 1993 to present, Member in good standing

**Professional engagement in select litigation and arbitration matters**

(Party who hired me is highlighted in red; cases in which I was cross-examined or deposed are highlighted in blue)

1) KOCH MINERALS SÀRL, KOCH NITROGEN INTERNATIONAL SÀRL v. Bolivarian Republic of Venezuela, U.S. District Court for the District of Delaware, Civil action No. 1:22-mc-00156-UNA. [Authored expert report on matters of Venezuelan law to support Koch Mineral's position, which prevailed in court].
2) MGM Professional Services, Inc d/b/a MGM Morgan Global v. TD Bank, NA, Eduardo Ruíz, Carlos Bendayán, Victor Araujo, Gabriel Carrasco, and Morgan Global Medica, LLC., Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. 12-0027830 (2021-2023). [Authored expert reports on matters of Venezuelan law and was deposed by opposing counsel and cross-examined in court].
3) Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of the Republic of Venezuela, U.S. District Court for the District of Delaware, C.A. No. 1:20-mc-00257-UNA (2021-present). [Authored expert report on matters of Venezuelan law to support Northrop's position and cross-examined in court]
4) Piraeus Bank A.E. v. Antares Underwriting Limited and others, In the High Court of Justice, Business and Property Courts of England and Wales, Commercial Court (QBD), case CL-2020-00037 (2019-2022). [Authored expert reports on matters of Venezuelan law to support Piraeus Bank's position and cross-examined in court]

5) Carlos Hakim-Daccach v. Gyptec, S.A., now known as Violet Investment Corp. S.A. en liquidación; Jorge Hakim-Tawil et al. Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida, Case No. 17-001358 CA 01. (2019-present). [Authored expert reports on matters of Colombian law to support Dr. Hakim-Daccach's position and cross-examined in court].

6) In re: The marriage of Vanessa Zarate and Raúl Alvarez, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No.: 2020-007414-FC-04 (2021)

7) In re: The marriage of Maria Isabel García Blanco v. Renato Julio Gasperini Picón, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No.: 2019-018532-FC-04 (47) (2019-2020).

8) Tansy Shiptrade, Inc. v. Elemento Limited and Mr. Richard Rothenberg, The High Court of Justice Queen's Bench Division (Commercial), CL-2020-000003 (U.K.) (2020).

9) Agropecuaria La Mia, C.A. v. Andritz Feed & Biofuel A/S. Arbitration proceedings under the Rules of the Danish Arbitration Association (Denmark) (2019) [Authored expert reports on matters of Venezuelan law to support Agropecuaria La Mía's position and cross-examined at arbitral hearing].

10) Alberto Pescatore v. Ruben Idler, Circuit Court for the 17th Judicial Circuit in and for Broward County, Florida, CACE-18-020093 (August 2019) [Cross-examined in court].

11) Internaves Consorcio Naviero, S.A., Marítima Altair Petromar, S.A. and Lamat Offshore Marine, Inc. v. CH Offshore Ltd. Arbitration proceedings under the Arbitration Act of 1996 (U.K.) (2018-2019) [Authored expert reports on matters of Venezuelan law to support and cross-examined at arbitral hearing].

12) GPS-AIR v. Jet Engine Technology Corp. Arbitration proceedings based in Miami (June 2018). [Authored expert report to support client's position].

13) PDVSA US Litigation Trust v. Lukoil Pan Americas LLC, et al., U.S. District Court for the Southern District of Florida, Miami Division, Case No. 1:18-cv-20818-DPG (2018-2019).

14) Gilda Calvo Castillo v. Leopoldo Castillo et. al., Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Family Division (2017-2018). [Authored expert reports on matters of Venezuelan law to support client's position].

15) Meridian Trust Company, as trustee and American Associated Group, Ltd. v. Eike Batista, Werner Batista, *et al*. Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 17-001040-CA-01 (43) (2017-2018) [Deposed by opposing counsel].

16) In the matter of Maria Josefina Feo Zarrameda, U.S. Department of Justice, Executive Office for Immigration Review (May 2017).

17) RCTV Int'l Corp. et al. v. Miguel Rosenfeld and Perla Farias de Eskinazi, United States District Court for the Southern District of Florida (2017-Present).

18) Napa Overseas S.A. v. Nextran Corporation v. Napa Overseas S.A. in the U.S. District Court for the Southern District of Florida, Civil action 1:16-CV-20862-FAM (2016-2017) [Deposed by opposing counsel].
19) Estate of Arturo Girón Alvarez et al. v. The Johns Hopkins University et al., United States District Court for the District Court of Maryland (2014-2016). [Authored expert reports on matters of Guatemalan law to support client's position].
20) Troice, et al. v. Willis of Colorado, Inc., et al., No. 3:09-cv-01274, United States District Court for the Northern District of Texas (February 2015). [Authored expert reports on matters of Venezuelan, Colombian, and Mexican law to support client's position].
21) Manuel Ramos versus Swiftships Shipbuilders, LLC, Civil Action No. 13-cv-2861, United States District Court for the Western District of Louisiana. (November 2014).
22) In the matter of Alnardo José Rivas and Aracely María Vega, United States Department of Justice, Executive Office for Immigration Review (September 2014)
23) Sky Lease I, Inc v. Aerotransportes Mas de Carga, S.A, Mas Air Cargo Airlines, and Bluebird Leasing, LLC, case 13-CIV-21276, United States District Court for the Southern District of Florida (March 2014).
24) Skanga Energy & Marine Limited v. Arevenca, S.A., Petroleos de Venezuela, S.A., and Javier Gonzalez Alvarez, United States District Court for the Southern District of New York (December 2013). [Authored expert report on matters of Venezuelan law to support client's position].
25) Vazquez Estrella v. Sarmiento, et al, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, (December 2011-May 2013). [Authored expert reports on matters of Venezuelan law to support client's position].
26) Juan Castillo Bozo v. Leopoldo Castillo Bozo, et al., US District Court for the Southern District of Florida, case 1:12-cv-24174, (December 2012-May 2013). [Authored expert reports on matters of Venezuelan law to support client's position].
27) Eisenband v. Grimberg, (August 2012-March 2013). [Acted as consulting expert on matters of Colombian law].
28) Fassio v. Fassio, In the Circuit Court for the 11th Circuit in and for Miami-Dade County, Florida, Family Division, Case 10-011846-FC-04 (2012).
29) Giovina Leggio v. Saverio Leggio, In the Circuit Court for the 11th Circuit in and for Miami-Dade County, Florida, Family Division, Case 2010-001204-FC-04 (2010).
30) Huntington Ingalls Incorporated v. the Ministry of Defense of the Bolivarian Republic of Venezuela, formerly known as Northrop Grumman Ship Systems v. the Ministry of Defense of the Bolivarian Republic of Venezuela.  US District Court for the Southern District of Mississippi, Southern Division, civil case No. 1_02cv785GR, (2003-2017) [Authored expert reports on matters of Venezuelan law to support client's position and cross examined at arbitral hearing].

**Books, chapters, journal articles, and other publications**

**Books**

1. UNCITRAL MODEL LAW ON INTERNATIONAL COMMERCIAL ARBITRATION: A COMMENTARY, I. Bantekas, P. Ortolani, S. Ali, M. Gómez, and M. Polkinghorne (Cambridge U. Press, 2020)
2. MANUEL A. GÓMEZ & ROGELIO PÉREZ-PERDOMO, BIG LAW IN LATIN AMERICA AND SPAIN: GLOBALIZATION AND ADJUSTMENTS IN THE PROVISION OF HIGH END CORPORATE LEGAL SERVICE (Palgrave-MacMillan, 2017)
3. ROGELIO PÉREZ-PERDOMO & MANUEL A. GÓMEZ, LEGAL AND POLITICAL CULTURE IN REVOLUTIONARY VENEZUELA 1999-2013 (Universidad Metropolitana Press, 2015)
4. LAWRENCE M. FRIEDMAN, ROGELIO PEREZ-PERDOMO & MANUEL A. GÓMEZ, LAW IN MANY SOCIETIES: A READER (Stanford University Press, 2011)

**Articles**

1. Manuel A. Gómez, *O Caminho Sul-Americano: Integração sub-regional sob ALBA e UNASUL e Resolução Internacional de Controvérsias*, ___Revista Eletrônica de Direito Processual (forthcoming)
2. Manuel A. Gómez, *Su Casa Es Mi Casa: La condición de inversionista nacional otorgada al extranjero residente según el laudo arbitral sobre jurisdicción de 24 de julio de 2020, en Luis García Armas v. República Bolivariana de Venezuela,* in Crónica Revisión de Laudos Arbitrales de Inversion 2020: 2o. Encuentro Anual (Santiago de Chile, 07-08/06/2021) (Ivette Esis & Andrés Delgado Casteleiro), 19 (1) Brazilian Journal of International Law 21-23 (2022)
3. Manuel A. Gómez, *Cão Que Ladra Não Morde? A Tutela Coletiva Consumerista Na América Latina,* 23(1) Revista Eletrônica de Direito Processual (2022)
4. Manuel A. Gómez, *Extranjeros en su propia tierra: El caso García Armas y García Gruber contra la República Bolivariana de Venezuela (Corte Permanente de Arbitraje, Caso No. 2013-3),* in Revisión de laudos de arbitrajes de inversion 2019: Encuentro Annual (Santiago de Chile, 25/06/2020) (Andrés Delgado Casteleiro & Ivette Esis), 17(2) Brazilian Journal of International Law 49-50 (2020)
5. Manuel A. Gómez, After One Hundred Years of Solitude: The Re-Encounter of International Labor Protection and Arbitration, 13/2020 Revista Derecho Social y Empresa (2020)
6. Manuel A. Gómez, All Bark and No Bite? Contemporary Consumer Redress in Latin America, 30(1) Stellenbosch Law Review 61 (2019)
7. Manuel A. Gómez, *"Pran" Justice: Social Order and Dispute Processing Inside a Venezuelan Prison,* 8(2) IRVINE LAW REVIEW 183 (2018)
8. Manuel A. Gómez, *Like South American Way: Regional integration under ALBA and UNASUR and international dispute resolution*, 58(4) Hungarian Journal of Legal Studies — Acta Jurídica Hungárica 449 (2017) (peer reviewed)

9. Manuel A. Gómez, *More Risk, Better Regulation: A View from the World of Transnational Litigation,* 8 EUROPEAN JOURNAL OF RISK REGULATION 95 (2017)
10. Manuel A. Gómez, *Outside but Within: The normative dimension of the underworld in the television series "Breaking Bad" and "Better Call Saul"*, 1(3) JOURNAL OF THE OXFORD CENTRE FOR SOCIO-LEGAL STUDIES (2016)
11. Manuel A. Gómez, *No Limite: A Representaçao do Direito e da Ordem Social Não-oficiais na Série de Televisão Breaking Bad,* in LAW AND POPULAR CULTURE (Pedro Fortes, ed.) (Fundaçao Getulio Vargas: São Paulo, 2015) volume 12 of FGV Law School Series (Cadernos FGV Direito Rio)
12. Katia Fach Gómez & Manuel A. Gómez, *How can the battle be averted? An Introduction,* Conflict Resolution Quarterly (2016) (Also, Special Co-Editor) (peer reviewed)
13. Manuel A. Gómez & J.C. Gómez, *A view from the sky: A general overview about civil litigation in the United States of America with reference to the relief in small and simple matters,* 4 ERASMUS LAW REVIEW 225 (2015)
14. Manuel A. Gómez, *A sour battle in Lago Agrio and beyond: The metamorphosis of transnational litigation and the protection of collective rights in Ecuador,* 46 UNIVERSITY OF MIAMI INTER-AMERICAN LAW REVIEW 153 (2015)
15. Manuel A. Gómez, *The Tower of David: Social Order in the Vertical Slum,* 10 FLORIDA INTERNATIONAL UNIVERSITY LAW REVIEW 215 (2014)
16. *Marc Galanter & Manuel A. Gómez, Waiting for Mendeleev: The Tangle of Indigenous Law,* 10 FLORIDA INTERNATIONAL UNIVERSITY LAW REVIEW 1 (2014)
17. Manuel A. Gómez, *Crowd funded justice: On the potential benefits and challenges of crowd funding as a litigation financing tool,* 49 UNIVERSITY OF SAN FRANCISCO LAW REVIEW 307 (2014)
18. Manuel A. Gómez, *Precious Resolution: The Use of Intra-Community Arbitration by Jain Diamond Merchants,* 2 BELGIAN REVIEW OF ARBITRATION, B-ARBITRA (2013)
19. Manuel A. Gómez, *The Global Chase: Seeking the Recognition and Enforcement of the Lago Agrio Judgment Outside of Ecuador,* 1 STAN. J. COMPLEX LIT. 101 (2013) (
20. Manuel A. Gómez, *Order in the Desert: Law Abiding Behavior at Burning Man,* J. DISP. RES. (2013)
21. Manuel A. Gómez, *Malleable Law: The (mis)use of legal tools in the pursuit of a political agenda,* 19 ILSA J. Int'l & Comp. L. (2013)
22. Manuel A. Gómez, *Will the Birds Stay South? The Rise of Class Actions and Other Forms of Group Litigation Across Latin America*, 43 Univ. Miami Inter- American L. Rev. 3 (2012)
23. Manuel A. Gómez, *Knowledge and social networks in the construction of elite lawyers in Venezuela*, XXXVI/2009/3 SOCIOLOGIA DEL DIRITTO (2010) Reprinted as *Greasing the Squeaky Wheel of Justice: Lawyers, Social Networks and Dispute Processing* in THE ROLE OF LAWYERS IN THE CONSTRUCTION OF STATES (Yves Dezalay & Bryant Garth, Routledge, 2011)

24. Marta Vides, Manuel A. Gómez & Luis F. Pérez-Hurtado, *The American Way: Los abogados latinoamericanos como estudiantes de maestría en los Estados Unidos de América,* 130 Boletín Mexicano de Derecho Comparado (2011) (Peer Reviewed)
25. Manuel A. Gomez, *Recent developments in Collective Litigation in Latin America: A regional report.* (December 2008) http://globalclassactions.stanford.edu/taxonomy/term/59
26. Manuel A. Gómez & Rogelio Pérez-Perdomo, *Innovaciones en la Educación Jurídica de América Latina,* Derecho y Democracia II, 15 Cuadernos Unimetanos (2008) (symposium editor, proceedings from conference on Innovations in Legal Education in Latin America)
27. Manuel A. Gómez, *All In The Family: The Influence of Social Networks on Dispute Processing,* 36 GA. J. INT'L. & COMP. L. 291 (2008)
28. Manuel A. Gomez, *Class Actions, Group Litigation and other Aggregate Procedures in Latin America: A general overview* (December 2007), available at http://globalclassactions.stanford.edu/taxonomy/term/59
29. Manuel A. Gómez, *Latin American Laws and the Status of Women, in* THE OXFORD ENCYCLOPEDIA OF WOMEN HISTORY (Oxford U. Press 2007)
30. Manuel A. Gómez & Rogelio Pérez-Perdomo, *Alternative Justices in Venezuela*, 7 REFORMA JUDICIAL 161-190 (UNAM, México 2006)
31. Manuel A. Gómez, *Like Migratory Birds: Latin American Claimants in U.S. Courts and the Ford-Firestone Rollover Litigation*, 11 SW. J. L. & TRADE AM. 281 (2005)
32. Manuel A. Gómez, *The Venezuelan Legal Regime of Crimes Commited Under Voluntary Intoxication* (*Algunas Notas sobre la Responsabilidad Penal por la Comisión de Delitos en Estado de Intoxicación Voluntaria en Venezuela*), 15 DERECHO PENAL CONTEMPORÁNEO 83-107 (Legislec: Bogotá 2005)
33. Manuel A. Gómez & Rogelio Pérez-Perdomo, *Alternative Dispute Processing Mechanisms in Venezuela* (*Los Mecanismos Alternativos para el Manejo de Conflictos en Venezuela*) (Jornadas Domínguez Escobar: Barquisimeto, Venezuela, 2005)
34. Manuel A. Gómez, *The Venezuelan Business Lawyers* (*Los Abogados de Negocios en Venezuela*). 125 REVISTA DE LA FACULTAD DE DERECHO DE LA U.C.V. (2003)
35. Manuel A. Gómez, The Legal Regime of the Conciliatory Power of Venezuelan Judges from 1836 to the present (*La función conciliatoria de los Jueces y su regulación en la Legislación Venezolana, desde 1836 hasta el presente*), ÁMBITO JURÍDICO (Legislec: Caracas 2001)
36. Manuel A. Gómez & Marisol Santana, The formula for the calculation of labor and Social Security contribution. (*Factor de cálculo para determinar las contribuciones laborales y de Seguridad Social.*) *in* 36 ÁMBITO JURÍDICO (Legislec: Caracas 2000)
37. Manuel A. Gómez & Marisol Santana, The legal regime of mandatory lay-offs (*El subsistema de Paro Forzoso*). 38 ÁMBITO JURÍDICO (Legislec: Caracas 2000)
38. Manuel A. Gómez & Marisol Santana, Minimum Wages and Decision 892 (*Fijación del salario mínimo y el Decreto 892*) 36 ÁMBITO JURÍDICO (Legislec: Caracas 2000)

39. Manuel A. Gómez, Notes on Preferential Acquisition Rights (*Notas sobre los derechos de adquisición preferente*), 33-34-35 ÁMBITO JURÍDICO (Legislec: Caracas 2000)
40. Manuel A. Gómez, Some Notes about the Legal Regime of Accidental Death Presumptions (*Notas en torno a la presunción de muerte por accidente*.) 29 ÁMBITO JURÍDICO (Legislec: Caracas 2000)
41. Manuel A. Gómez, Merger by Takeover: The Most Relevant Aspects (*La fusión por absorción: Sus aspectos más relevantes*.) 26 ÁMBITO JURÍDICO (Legislec: Caracas 1999)
42. Manuel A. Gómez, Audiovisuals as Evidentiary Material (*Consideraciones sobre el Audiovisual como Medio de Prueba*.) 24 ÁMBITO JURÍDICO (Legislec: Caracas 1999)
43. Manuel A. Gómez, Can videogames and other graphic projections be used as audiovisual evidence? (*¿Son Pruebas Audiovisuales los juegos de video y otras proyecciones graficas?*) 9 REVISTA DE DERECHO PROBATORIO (Editorial Alva, Caracas, 1997)

**Book chapters**

1. Manuel A. Gómez, *Start Spreading the News: Promoting the Idea of Using, Interpreting, and Developing (not Amending) the New York Convention in Latin America*, in 20 anos da adesão do Brasil à Convenção de Nova Iorque de 1958: estudos em fomento à arbitragem internacional no país (Arnoldo Wald, Claudio Finkelstein, eds.) (Editora D'Plácido, 2022)
2. Manuel A. Gómez, *Más Allá del Horizonte: Arbitraje Internacional Tributario y de Familia* in ADAPTACIÓN DE LA NORMATIVA TRIBUTARIA A LAS NUEVAS REALIDADES FAMILIARES (Antonio Cubero Truyo & Florián García Berro, ed.) (Tirant Lo Blanch, 2022).
3. Manuel A. Gómez, *A frontier within reach: Access to justice for small states through crowd litigation funding (CLF),* in *Acesso à Justiça, Direito e Sociedade: Estudos em homenagem ao Professor Marc Galanter.* (São Paulo: Quartier Latin, 2022)
4. Manuel A. Gómez & Marc Galanter, *Large Law Firms,* in LAWYERS IN SOCIETY, VOLUME 2 (Hilary Sommerlad, Richard Abel, Ole Hammerslev & Ulrike Schultz, eds.) (Hart Publishing, 2022)
5. Manuel A. Gómez, *Latin American Lawyers: Between Democratization and Globalization*, in LAWYERS IN SOCIETY, VOLUME 2 (Hilary Sommerlad, Richard Abel, Ole Hammerslev & Ulrike Schultz, eds.) (Hart Publishing, 2022)
6. Manuel A. Gómez, Crenguta Leaua, and Ucheora Onwuamaegbu, *Blockchain, Smart Contracts, and International Commercial Arbitration, chapter 57* in INTERNATIONAL ARBITRATION PRACTICE: 21ST CENTURY PERSPECTIVES (Horacio A. Grigera-Naón & Paul E. Mason, eds.) (Lexis Nexis, 2021)
7. Manuel A. Gómez, *Si Yo Tuviera Un Cerebro: La inteligencia artificial frente al derecho internacional* in INTELIGENCIA ARTIFICIAL Y DERECHO. EL JURISTA ANTE LOS RETOS DE LA ERA DIGITAL (Fernando H. Llano Alonso & Joaquín Garrido Martín, eds.) (Thomson Reuters Aranzadi, 2021)

8. Manuel A. Gómez, *The Right to Food and the Expanding Frontier of Access to Justice* in FOOD SECURITY ISSUES AND CHALLENGES (Miguel Angel Martín López & Adriana Fillol Mazo, eds.) (Nova Science Publishers, 2021)
9. Manuel A. Gómez, *Beyond Borders and Across Legal Traditions: The Transnationalization of Latin American Lawyers,* in OXFORD HANDBOOK OF TRANSNATIONAL LAW (Oxford U. Press, 2021)
10. Manuel A. Gómez, *(In)fallible Smart Legal Contracts*, in LEGAL CHALLENGES IN THE NEW DIGITAL AGE (Ana Mercedes López Rodríguez, Michael D. Green, and María Lubomira Kubica, eds.) (Brill, 2021)
11. Manuel A. Gómez, *The Chimera of Smart Contracts,* in ELGAR HANDBOOK ON INTERNATIONAL COMMERCIAL CONTRACTS (A. Hutchison & F. Myburgh, eds.) (Edward Elgar, 2020)
12. Manuel A. Gómez, *Stare Decisis y Jurisprudencia Vinculante ¿Dos Caras de Una Misma Moneda?*, in REVISTA DOS TRIBUNAIS: PRECEDENTES NO PROCESSO DO TRABALHO (Ney Maranhão, Cesar Zucatti Pritsch, Fernanda Antunes Marque Junqueira e Flávio da Costa Higa, eds.) (Thomson Reuters, 2020)
13. Manuel A. Gómez & Rogelio Pérez-Perdomo, *Venezuela: A Dispatch from the Abyss,* in LAWYERS IN SOCIETY, 1 (Hilary Sommerlad, Richard Abel, Ole Hammerslev & Ulrike Schultz, eds.) (Hart Publishing, 2020)
14. Manuel A. Gómez, *Legal professionals in Latin America at the dawn of the 21st century,* in HANDBOOK OF LAW AND SOCIETY IN LATIN AMERICA (Routledge, 2019)
15. Manuel A. Gómez, *Innovaciones en la educación jurídica latinoamericana y políticas públicas en tiempos de globalización*, in LA EDUCACIÓN LEGAL COMO POLÍTICA PÚBLICA EN AMÉRICA LATINA, Gorki Gonzales Mantilla (Ed.) 99-118 (Palestra Editores, 2018)
16. Manuel A. Gómez & R. Pérez-Perdomo, *A New Global Landscape,* in Reconstructing Big Law (Palgrave MacMillan, 2017)
17. Manuel A. Gomez, *Smoking Signals from the South: Tobacco Litigation in Brazil*, in CLASS ACTIONS IN CONTEXT: HOW ECONOMICS, POLITICS AND CULTURE SHAPE COLLECTIVE LITIGATION, Deborah R. Hensler, Christopher Hodges, and Ianika Tzankova, eds. (Edward Elgar Publishing Ltd., 2016)
18. MANUEL A. GÓMEZ, *The manipulation of law through the social agenda: The case of two Bolivarian misiones, in* LEGAL AND POLITICAL CULTURE IN REVOLUTIONARY VENEZUELA 1999-2013 (co-edited with Rogelio Pérez-Perdomo) (2015)
19. MANUEL A. GÓMEZ, *Developments of Latin American Legal Education in the Age of Globalization, in* INNOVATIONS IN LEGAL EDUCATION IN LATIN AMERICA, 2nd Ed. (co-edited with Rogelio Pérez-Perdomo)
20. Manuel A. Gómez, *La difícil relación entre la anulación y el reconocimiento y ejecución del laudo arbitral internacional* ("*The difficult relationship between the annulment, and the recognition and enforcement of the international arbitral award*"), in ARBITRAJE COMERCIAL INTERNACIONAL, Organization of American States (OAS, 2014)

21. Manuel A. Gómez, *Collective Redress in Latin America: The regulation of class actions and other forms of aggregate and group litigation for the protection of consumer rights,* IN L'ART. 140 BIS DEL CODICE DEL CONSUMO L'AZIONE DI CLASSE, a cura di Lorenzo Mezzasoma e Francesco Rizzo, Roma: Edizioni Scientifiche Italiane, 2011
22. Manuel A. Gómez, *Latin America: A Regional Report, in* FUNDING AND COSTS OF CIVIL LITIGATION (Christopher Hodges, Stefan Vogenauer and Magdalena Tulibacka, eds, Oxford: Hart 2011)
23. Manuel A. Gómez, *Political Activism and the Practice of Law in Venezuela, in* CULTURES OF LEGALITY: JUDICIALIZATION AND POLITICAL ACTIVISM IN LATIN AMERICA (J. Couso, A. Huneeus, and R. Sieder, eds) (Cambridge University Press, 2010)
24. Manuel A. Gómez, *Greasing the Squeaky Wheel of Justice: Lawyers, Social Networks and Dispute Processing, in* LAWYERS AND THE RULE OF LAW IN AN ERA OF GLOBALIZATION (Yves Dezalay & Bryant Garth, eds. Routledge, 2011) (Also published as *Knowledge and social networks in the construction of elite lawyers in Venezuela*, XXXVI/2009/3 SOCIOLOGIA DEL DIRITTO)

**Reports and monographs**

1. Does a Right to a Physical Hearing Exist in International Arbitration? Venezuela, International Council for Commercial Arbitration (2021)
2. The Globalization of Mass Civil Litigation: Lessons from the Volkswagen "Clean Diesel" Case, with Deborah Hensler, Jasminka Kalajdzic, Peter Cashman, Axel Halfmeier, and Ianika Tzankova (RAND 2021)
3. Manuel A. Gomez & Gilberto Guerrero-Rocca, 'National Report for Venezuela (2020)', in Lise Bosman (ed), ICCA International Handbook on Commercial Arbitration, (© Kluwer Law International; ICCA & Kluwer Law International 2020, Supplement No. 111, July 2020) pp. 1—54
4. Manuel A. Gómez, *Legal and Strategic Culture in Venezuela*, in STRATEGIC CULTURE: A MULTIFACETED CULTURAL APPROACH TO THE STUDY OF LATIN AMERICA, Florida International University Applied Research Center (2009)

**Book Reviews**

1. Manuel A. Gómez, *Seeing the Forest and the Trees: A Review of Peter Binder's Analytical Commentary to the UNCITRAL Arbitration Rules of 2010*, 2 BELGIAN REVIEW OF ARBITRATION, B-ARBITRA (2013)

**Select speaking engagements since 2018**

1. July 14, 2022, Speaker, Doing Law & Society Research Across Borders, International Meeting of the Law and Society Association, Lisbon.

2. July 13, 2022, Speaker, Global Lawyers and Global Law Schools: Myths or Reality?, International Meeting of the Law and Society Association, Lisbon.
3. July 1, 2022, Speaker, Human Rights and Environmental Class Actions, International Class Actions Conference 2022, University of Amsterdam Law School.
4. June 30, 2022, Speaker, Cross Border Issues (In Securities and Competition Cases), International Class Actions Conference 2022, University of Amsterdam Law School.
5. June 14, 2022, Speaker, Dispute Resolution in the Digital Economy: Promises and Challenges, Digital Law International Congress, University of Valencia, Tirant Lo Blanch.
6. June 7, 2022, Speaker, Mathias Kruck, Frank Schumm, Joachim Kruck, Jurgen Reiss et al v. Reino de España, Revisión de Laudos Arbitrales de Inversión 2022: 3er Encuentro Annual, Universidad Finis Terrae and Universidad Autónoma de Chile.
7. May 26, 2022, Speaker, Opciones de estudio y ejercicio de la profesión que tienen los abogados venezolanos en Estados Unidos, Universidad Católica Andrés Bello.
8. April 22, 2022, Speaker, Hong Kong Gateway to China — Miami Gateway to Latin America, Hong Kong Law Society and International Law Section of the Florida Bar.
9. April 7, 2022, Speaker, El laudo y otras formas de terminación del proceso, Curso de formación en arbitraje nacional e internacional, Centro de Conciliación y Arbitraje de Panamá.
10. March 31, 2022, Speaker, UNCITRAL Colloquium on Possible Future Work on Dispute Settlement, UNCITRAL.
11. March 10, 2022, Speaker, La resolución de conflictos en el contexto de la economía digital y las nuevas tecnologías, I Encontro Hispano-Luso Europa Digital, Faculdade de Direito da Universidade do Porto, Porto.
12. January 11, 2022, Moderator, chatbots and their use in ADR: The potential impact of the new proposal for the regulation of artificial intelligence in the European Union, Miami International Arbitration Society and FIU Law, Miami.
13. December 11-12, 2021, Speaker, 3rd Anti-Corrupcion Academic Symposium UNODC, Sharm El Sheik.
14. December 3, 2021, Speaker, Never a Dull Moment: The Dynamic Relationship between Latin American Lawyers and International Law, Latin American International Law Workshop, University of Wisconsin School of Law.
15. December 3, 2021, Commentator, Algorithmic Law and Society Symposium, HEC Paris & Ecole Polytechnique, Paris.
16. November 18, 2021, Organizer and Moderator, The global legal landscape of the hospitality and tourism industry in 2021, Florida International University, Miami.
17. November 17, 2021, Speaker, In the Shadow of the Florida Bar: Struggle and adaptation of Cuban exile lawyers in Miami, Cuban Research Institute at Florida International University, Miami.
18. November 4, 2021, Speaker, ¿Hay marco normative adecuado para las nuevas tecnologías? La experiencia de EEUU, Jornada Internacional Negocios Jurídicos Digitales y Derechos Fundamentales, Universidad Complutense, Madrid.
19. October 7, 2021, Chair and commentator, International Junior Faculty Forum, Stanford University School of Law.
20. Septiembre 23, 2021, Speaker, Arbitraje internacional en el ámbito del derecho de familia y tributario, Congreso Adaptación de la normativa tributaria a las nuevas realidades familiares, Universidad de Sevilla, Sevilla.

21. September 23, 2021, Speaker, ¿Cuál es el rol del arbitraje ante las nuevas tecnologías y modelos de negocios? VII Congreso Internacional de Derecho Uniforme y Comercio Electrónico, Los retos de la abogacía moderna y la eclosión de la regulación de plataformas, San José de Costa Rica.
22. July 21, 2021, Speaker, The gathering of evidence in international arbitration: Expert reports, fact witnesses, disclosure of evidence, Certificate in International Commercial and Investment Arbitration, Rome.
23. July 1, 2021, Speaker, Una vision de los derechos del consumidor y las class actions en EEUU e Iberoamérica, Nuevo Marco Legal sobre Acciones de Representación y Contratos de Consumo, Instituto de Derecho Europeo e Integración Regional, Universidad Complutense.
24. June 7, 2021, Speaker, Luis García Armas v. República Bolivariana de Venezuela, Revisión de Laudos Arbitrales de Inversión 2020, 2o. Encuentro Annual, Universidad Finis Terrae and Universidad Autónoma de Chile.
25. May 28, 2021, Speaker, Rethinking and redesigning civil justice systems — what works and why?, Quo Vadis civil justice? Filling the gap in civil justice in the U.S. and Europe, Emory University School of Law and The University of Oxford's Centre for Socio-Legal Studies Swiss Re Programme for Civil Justice Systems.
26. May 27, 2021, Speaker, Access to justice and the virtualization of dispute resolution, Law and Society Association;s Annual Meeting.
27. March 18, 2021, Moderator, II Jornadas Internacionales Sistemas Jurídicos de Europa e Iberoamérica: Tendencias Actuales, Universitat de Girona, Spain.
28. March 15-16, 2021, Speaker, UNCITRAL Expert Group Meeting on Technology-Related Dispute Resolution.
29. February 19, 2021, Co-organizer and moderator, International Perspectives on Anti-Corruption Regulation, Florida International University College of Law and Miami-Dade Commission on Ethics and Public Trust.
30. February 11, 2021, Co-organizer and moderator, Compliance in Spain, Florida International University College of Law and InvestSpain.
31. January 12, 2021, Co-organizer and speaker, Legal Project Management: How can innovation in project management change law firm practice and the training of future lawyers? International Bar Association (IBA).
32. December 15, 2020, Speaker, When and how should virtual hearings be ordered by the Arbitral Tribunal? at the Virtual Vis Moot Dialogue: Law and Procedure, PUC-SP, Brazil.
33. December 11, 2020, Speaker at the Congreso Internacional sobre Inteligencia Artificial y Derecho: Los Retos del Jurista en la Era Digital, Facultad de Derecho de la Universidad de Sevilla.
34. November 16, 2020, Organizer and co-moderator, It Ain't Over Till It's Over: When the Award is Not the End of the Arbitration,Florida International University College of Law and Miami International Arbitration Society, Miami.
35. October 29, 2020, Speaker at the Virtual Forum on the Role of Business as a Force for Good in Venezuela, U.S. Chamber.
36. October 22, 2020, Speaker, Maria Lavalle Urbina, at the conference Próceres y Patrias: Celebrating the Contributions of Latin American and Hispanic Jurists, FIU College of Law.

37. September 30, 2020, Speaker, Los contratos atípicos y el reconocimiento y ejecución de laudos arbitrales internacionales, at the conference Las relaciones comerciales internacionales en la era del Covid-19, Colegio de Abogados y Abogadas de Costa Rica.
38. September 21, 2020, Speaker, Setting the scenario: Nature, scope, and legal framework of international arbitration", at the Certificate in International Commercial and Investment Arbitration Theory and Practice, Roma Tre University, Italy.
39. June 25, 2020, Presenter, Garcia Armas v. Venezuela, at the conference "Revisión de Laudos Arbitrales de Inversión 2019: 1er Encuentro Anual", Universidad Autónoma de Chile, Chile.
40. May 11, 2020, Presenter, New Technologies and Dispute Resolution, Western Sydney School of Law, Sydney, Australia.
41. February 7, 2020, Presenter, Magic Realism in the World of Torts, at Law Review Symposium New Frontiers in Torts: The Challenges of Science, Technology and Innovation, Southwestern Law School, Los Angeles.
42. January 21, 2020, Presenter, The Chimera of Smart Contracts, at the First International Conference on Law and Criminology in the New Digital Era, Universidad Loyola Campus Sevilla, Seville.
43. November 15, 2019, Presenter, Small But Meaningful: Exploring the Potential of Crowd-Litigation-Funding (CLF) for Disputes Involving Small States, at the conference on Small States, International Law and the Realisation of Rights, London.
44. November 13, 2019, Moderator and Speaker, Arbitrating Technology and Intellectual Property Cases: Latin American and European Approaches, Miami Tech/IP Arbitration Seminar, Florida International University College of Law, Miami.
45. November 12, 2019, Presenter, Intelligence about Arbitrators & the Future of International Arbitration, Shutts & Bowen LLP, Miami.
46. October 17, 2019, Comentator, International Junior Faculty Forum, Stanford Law School, Stanford.
47. September 26, 2019, Presenter, Recent Challenges in Enforcing Commercial and Investor-State Awards Involving Sovereigns, and Related Issues, Juris, Boston.
48. July 10, 2019, Presenter, The international law path, Florida International University College of Law.
49. June 26, 2019, Presenter, Estrategia y efectiva gestion de conflictos en Latinoamérica, Cuatrecasas Gonçalves Pereira, Seville.
50. June 24, 2019, Co-organizer and moderator, "Global Lawyering Across the Atlantic", University of Seville Law School, Seville.
51. June 21, 2019, Panelist, "A world of possibilities? The professional life of socio-legal scholars, Plenary session, International Congress for the Sociology of Law, Oñati.
52. June 20, 2019, Presenter, "Venezuela: A dispatch from the abyss", International Congress for the Sociology of Law, Oñati.
53. June 18, 2019, Presenter, "El derecho frente a las nuevas tecnologías", University of Loyola-Andalusia Law School, Seville.
54. June 3, 2019, Presenter, "Educación Jurídica Contemporánea en Ambos Lados del Atlántico: Globalización e Interdisciplinariedad", University of Seville Law School, Seville.
55. May 30-June 2, 2019, Moderator, "Mini-Plenary: Corruption and Dignity", Law and Society Association Annual Meeting, Washington, D.C.

56. May 30-June 2, 2019, Presenter, "IN THE SHADOW OF NAFTA: Evolution and change of corporate lawyers in Mexico City and Miami (1994-2018)", Law and Society Association Annual Meeting, Washington, D.C.
57. May 3, 2019, Presenter, "A Belt, a Road, and a Canal: Current Developments in the World of International Arbitration from China to the Americas.", Atlanta International Arbitration Society, Atlanta.
58. April 25-26, 2019, Co-chair and moderator, Fourth International Conference on the Fight Against Corruption, Florida International University College of Law.
59. April 24, 2919, Co-organizer, Fundamentals of Risk Management and Future Trends in Compliance for 2019 and Beyond, Florida International University College of Law.
60. April 19, 2019, Speaker, "The Landscape of CSR-related Litigation in United States Courts", HEC Paris.
61. March 13, 2019, Speaker, "Recent Developments in International Arbitration in Latin America and the Caribbean", New York International Arbitration Club.
62. March 9, 2019, Speaker, "Talk to Me: The Upsurge of International Arbitration Conferences", in Advances in Comparative and Transnational ADR: Research into Practice, Hong Kong University.
63. March 1, 2019, Co-chair and moderator, The World of Arbitration and Mediation in Latin America and the Caribbean Today, Inaugural Conference, Miami.
64. February 28, 2019, Speaker, The Venezuela Crisis, Steven J. Green School of International and Public Affairs, Florida International University.
65. February 26, 2019, Moderator, Venezuela's Constitutional Crisis and International Law, Florida International University College of Law.
66. February 22nd, 2019, Speaker. Opening Plenary: Our Global Future: Artificial Intelligence, Blockchain, other Innovations and The Outlook for New Technologies in International Law and the Legal Profession, iLaw 2019, Annual Conference of the International Law Section of the Florida Bar, Miami.
67. December 8th, 2018, Speaker, From the Corner Office to the Street Corner: Venezuelan Lawyers and their Struggle for Social Justice and Democracy, International Legal Ethics Conference, University of Melbourne School of Law, Melbourne, Australia
68. November 26, 2018, Moderator, Commercial Disputes, Indian National Bar Association's 7th Annual International Conference titled "69th Constitution Day", New Delhi, India
69. November 26, 2018, Presenter, Legal and Moral Debates around Artificial Intelligence, Indian National Bar Association's 7th Annual International Conference titled "69th Constitution Day", New Delhi, India.
70. November 14, 2018, Moderator and organizer, The changing landscape of trade agreements and regional development strategies and international arbitration: USMCA, CAFTA-DR, CPEC and BRI, Florida International University, Miami, FL.
71. October 26, 2018, Presenter, Taking stock of international arbitration in the age of technology, 10th Annual Arbitration Conference, AIJA, Singapore
72. October 18-20, 2018, Discussant, International Junior Faculty Forum, Stanford Law School, Stanford, CA.
73. October 9th, 2018, Moderator and co-chair, The Death Penalty: European Union and International Perspectives, Ruth K. Shepard Broad Distinguished Lecture Series, FIU College of Law and School of International and Public Affairs, Miami, FL.

74. September 10-13, 2018, Presenter (and member of the Conference Scientific Committee), Venezuelan Expatriate Lawyers: A Study on the Globalization of the Legal Profession, RCSL-SDJ 2018 Meeting, Lisbon, Portugal.
75. July 4, 2018, Speaker, Smart Contracts, Blockchain and Arbitration: Old Challenges, New Realities ("Contratos Inteligentes, Blockchain y Arbitraje: Viejos Retos, Nuevas Realidades"), Cuatrecasas, Seville, Spain.
76. June 15, 2018, Speaker and co-chair, Roundtrip: Litigation and Arbitration Across the Atlantic ("De Ida y Vuelta: Litigios y Arbitraje a Través del Atlántico"), Hogan Lovells, Madrid, Spain.
77. June 13, 2018, Speaker, Arbitration and Transnational Litigation and the New Technologies: Criptocurrencies and Blockchain ("Arbitraje y Litigios Transnacionales en las Nuevas Tecnologías: Criptomoneda y Blockchain"), Pontifical University of Comillas-ICADE, Jones Day, Madrid, Spain.
78. May 24, 2018, Presenter, The Chimera of Smart Contracts, Legal Problems with the Application of Smart Contracts and the Way Forward, City University of Hong Kong Law Review Symposium, City University of Hong Kong, Hong Kong.
79. May 11-12, 2018, Moderator, 5th Conference for Junior Researchers in Law and Society, Stanford Law School, Stanford, CA.
80. May 7, 2018, Keynote speaker, Mediation, Conciliation and Arbitration in Times of Globalization (""Mediação, conciliação e arbitragem em tempos de globalização"), XII Semana do Direito da Universidade Federal de Ceará, Federal University of Ceará School of Law, Fortaleza, Brazil.
81. April 18, 2018, Presenter and conference co-chair, 3rd Annual Conference on the Fight Against Corruption and Impunity, FIU College of Law, Miami, FL.
82. April 13, 2018, Presenter, Smart Justice: Resolving Disputes Involving Smart Contracts on the Blockchain, Cape Town University Faculty of Law, Cape Town, South Africa.
83. April 10, 2018, Presenter, All Bark and No Bite? Contemporary Consumer Redress in Latin America, International Conference on Consumer Redress, Stellenbosch University School of Law, Stellenbosch, South Africa.
84. March 15, 2018, Presenter, Borderless Dispute Resolution in the Era of Smart Contracts, City University of Hong Kong School of Law, Hong Kong.
85. March 13, 2018, Presenter, The Most Intelligent Way? Finding Common Ground Between Technological Innovations and the Development of an International Dispute Profession, Hong Kong University School of Law, Hong Kong.
86. February 26, 2018, Presenter, Gun Violence in America: A Conversation on the Epidemic of Mass Shootings in our Schools and Other Public Spaces, FIU School of International and Public Affairs, Miami, FL.
87. February 16, 2018, Moderator, Roundtable "The ICSID Report and State Parties and State Related Entities in International Arbitration, iLaw 2018: The ILS Global Forum on International Law, Miami, FL.

[v. 25 April 2023]